

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

January 29, 2026

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The status conference is adjourned to March 6, 2026 at 3:30 p.m. Time is excluded until March 6, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 29, 2026

     **Re:**    ***United States v. Julius Csurgo*, 22 Cr. 190 (RA)**

Dear Judge Abrams:

       The Government writes to request a 30-day adjournment of the status conference in this case scheduled for January 30, 2026, and to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from January 30 through the rescheduled conference date. The ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial and granting an exclusion is warranted because it will provide time for the Government to produce discovery and for the defendant to review it, and for the parties to discuss a potential pretrial disposition of this case. The defendant consents to the adjournment.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

by: _____/s/_____
       Matthew R. Shahabian
       Assistant United States Attorney
       (212) 637-1046