

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

February 27, 2026

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The status conference is adjourned to April 2, 2026 at 2:00 p.m. Time is excluded until April 2, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

Ronnie Abrams, U.S.D.J.
March 2, 2026

Re:    *United States v. Julius Csurgo*, **22 Cr. 190 (RA)**

Dear Judge Abrams:

The Government writes to request a 14-day adjournment of the status conference in this case scheduled for March 6, 2026, and to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from March 6 through the rescheduled conference date. The ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial and granting an exclusion is warranted because it will provide time for the parties to discuss a potential pretrial disposition of this case. The defendant consents to the adjournment. The parties are available on March 20, 2026, at the Court's convenience.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Matthew R. Shahabian
Assistant United States Attorney
(212) 637-1046