

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

March 27, 2026

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The status conference is adjourned to May 1, 2026 at 12:00 p.m. Time is excluded until May 1, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> March 27, 2026

        Re:     *United States v. Julius Csurgo*, **22 Cr. 190 (RA)**

Dear Judge Abrams:

    The Government writes to request a 30-day adjournment of the status conference in this case scheduled for April 2, 2026, and to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 2 through the rescheduled conference date. The ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial and granting an exclusion is warranted because it will provide time for the parties to discuss a potential pretrial disposition of this case. The defendant consents to the adjournment.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

by: _____
          Matthew R. Shahabian
          Assistant United States Attorney
          (212) 637-1046