UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

- against –

JULIUS CSURGO,

Defendant.

– – – – – – – – – – – – – – – – – – – – X

<u>ORDER OF JUDICIAL REMOVAL</u>

Criminal Docket No. 22 Crim 190 (RA)

Upon the application of the United States of America, by Jason Richmand, Matthew R. Shahabian, and Samuel P. Rothschild, Assistant United States Attorneys, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of JULIUS CSURGO (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of Canada.

3. The defendant last entered the United States at or near the Toronto, Canada at the Pearson International Airport (YYZ) on or about November 13, 2025, as a lawful permanent resident of the United States with Alien Registration Card A241064972.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offenses: one count of securities fraud, in violation of Title 15, United States Code, Sections 77q(a) and 77x, and Title 18, United States Code, Section 2.

5. A total maximum sentence of 5 years' imprisonment may be imposed for the above-mentioned offense.

6. The defendant is subject to removal from the United States pursuant to: Section 237(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952, as amended, (the "Act" or "INA"), 8 U.S.C. § 1227(a)(2)(A)(i)(I), as an alien convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the Immigration and Nationality Act of 1952, as amended, (the "Act" or "INA"), 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Canada as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Canada.

Dated: New York, New York
September 8, 2026

HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE